IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PASTORI M. BALELE,

    Plaintiff,

v.

ANDREA OLMANSON, BOB CONNOR,
DEPARTMENT OF CORRECTIONS,
DEPARTMENT OF WORKFORCE
DEVELOPMENT, EDWARD F. WALL,
GARY HAMBLIN, J.B. VAN HOLLEN,
JACK LAWTON, JEAN NICHOLS,
JERRY SALVO, SCOTT WALKER,
STEPHEN A. HERJE, THOMAS PIERCE,
MARK GOTTLIEB, DEPARTMENT OF
TRANSPORTATION, DEPARTMENT
OF ADMINISTRATION, MIKE HUEBSCH,
CATHY STEPP, DEPARTMENT OF
HEALTH SERVICES, STEPHANIE
SMILEY and DEPARTMENT OF NATURAL
RESOURCES,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-783-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting the motion to dismiss filed by Department of Workforce Development, Mark Gottlieb, Department of Transportation, Department of

Administration, Mike Huebsch, Cathy Stepp, Department of Health Services, Stephanie Smiley and Department of Natural Resources; and

(2) granting summary judgment in favor of Andrea Olmanson, Bob Connor, Wisconsin Department of Corrections, Edward F. Wall, Gary Hamblin, J.B. Van Hollen, Jack Lawton, Jean Nichols, Jerry Salvo, Scott Walker, Stephen Herje and Thomas Pierce and dismissing this case.

| /s/ | 8/13/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |